# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| United States of America, ) | Case No. 2:13-cr-254-APG-GWF |
| Plaintiff, ) | |
| ) | ORDER EXTENDING PROBATION |
| vs. ) | |
| ROCKWOOD LITHIUM, INC., ) | |
| Defendant. ) | |

A Joint Motion having been made by the parties, pursuant to Title 18, United States Code, Section 3564(d), to extend the probation period in this matter for an additional 18 months, in order to allow the Defendant to comply with Paragraph III.D. of the Environmental Compliance Plan requiring the Defendant to obtain a "rehabilitation permit," and good cause appearing therefor:

IT IS HEREBY ORDERED that the Defendant shall remain on supervised probation for a period of 18 months beyond the current probation expiration date of April 17, 2015, up to and including October 8, 2016, during which time all requirements, terms and conditions of this Court's Judgment dated October 18, 2013 shall remain in effect.

Dated: March 20, 2015.

_____
Hon. Andrew P. Gordon
U.S. District Court Judge